**LAW OFFICES OF STEVE GIMBLIN**
Steve Gimblin (272044)
1700 Poole Blvd.
Yuba City, CA 95993
P#530-671-9822
F#530-671-4120
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN SOKOLOSKI, &  GAIL SOKOLOSKI,**<br><br>Plaintiff,<br><br>v.<br><br>**PNC MORTGAGE, A DIVISION OF PNC BANK, NA and DOES 1—10 inclusive,**<br><br>Defendants. | Case No. 2:14-cv-01374-WBS-CKD<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT PURSUANT TO FRCP 15(a)(2)**<br><br><br>Complaint filed: 5/7/2014<br>[Yuba County Superior Court;<br>Case # 14-0000384;] |

IT IS HEREBY STIPULATED by and between Plaintiffs JOHN AND GAIL SOKOLOSKI and Defendant PNC BANK, N.A. (named as "PNC MORTGAGE, A DIVISION OF PNC BANK, N.A.") by and through their respective attorneys of record, that Plaintiff(s) shall be granted leave to file a First Amended Complaint within 21 days from the entry of this stipulation.

////

////

////

////

////

Dated: 8/7/2014                                **LAW OFFICES OF STEVE GIMBLIN**

By: /s/ Steve Gimblin
    Steve Gimblin
    Attorney for PLAINTIFFS

Dated: 8/7/2014                                **WOLFE & WYMAN LLP**

By: /s/ Joshua M. Bryan
    Joshua M. Bryan
    Attorneys for PNC BANK, N.A. (named as "PNC MORTGAGE, A DIVISION OF PNC BANK, N.A.")

## ORDER

Having considered the Stipulation regarding the agreement to allow Plaintiffs JOHN AND GAIL SOKOLOSKI to file their first Amended Complaint, the Court hereby orders that Plaintiff has leave to file its first Amended Complaint within 21 days pursuant to FRCP 15(a)(2).

IT IS SO ORDERED.

Dated: August 8, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE