**Brian H. Gunn (SBN 192594)**
*bhgunn@wolfewyman.com*
**Joshua M. Bryan (SBN 225230)**
*jmbryan@wolfewyman.com*
**WOLFE & WYMAN LLP**
**980 9th Street, Suite 2350**
**Sacramento, California 95814**
**Telephone: (916) 912-4700**
**Facsimile: (916) 329-8905**

**Attorneys for Defendant**
**PNC BANK, NA (named as PNC MORTGAGE,**
**A DIVISION OF PNC BANK, NA)**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOHN SOKOLOSKI & GAIL SOKOLOSKI,<br><br>Plaintiffs,<br><br>v.<br><br>PNC MORTGAGE, A DIVISION OF PNC BANK, NA and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 2:14-cv-01374-WBS-CKD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT PNC BANK, N.A., TO ANSWER PLAINTIFFS' FIRST AMENDED COMPLAINT; [~~PROPOSED~~] ORDER** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant PNC BANK, N.A., (named as "PNC MORTGAGE, A DIVISION OF PNC BANK, NA"), (hereinafter "PNC") and Plaintiffs JOHN SOKOLOSKI and GAIL SOKOLOSKI ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate that the time for PNC to answer Plaintiffs' First Amended Complaint ("FAC") shall be and hereby is extended up to and including December 12, 2014.

/ / /

/ / /

1

**STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFFS' FAC; [PROPOSED] ORDER**

**IT IS SO STIPULATED.**

DATED:  December 2, 2014						WOLFE & WYMAN LLP


							By: /s/ Joshua M. Bryan
							    BRIAN H. GUNN
							    JOSHUA M. BRYAN
							Attorneys for Defendant
							**PNC BANK, N.A. (named as "PNC MORTGAGE, A DIVISION OF PNC BANK, NA")**



DATED:  December 2, 2014						LAW OFFICES OF STEVE GIMBLIN


							By: /s/ Steve Gimblin
							    STEVE GIMBLIN
							Attorneys for Plaintiffs
							**JOHN SOKOLOSKI & GAIL SOKOLOSKI**


### ORDER

The Court, having considered the above Stipulation by and between PNC and Plaintiffs and for good cause shown, hereby ORDERS that the time for PNC to answer Plaintiffs' First Amended Complaint ("FAC") shall be and hereby is extended up to and including December 12, 2014.

**IT IS ORDERED.**

**Dated:  December 5, 2014**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE