**LAW OFFICES OF STEVE GIMBLIN**
Steve Gimblin (272044)
1700 Poole Blvd.
Yuba City, CA 95993
P#530-671-9822
F#530-671-4120
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN SOKOLOSKI, & GAIL SOKOLOSKI,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**PNC MORTGAGE, A DIVISION OF PNC BANK, NA and DOES 1—10 inclusive,**<br><br>　　　　Defendant. | Case No. 2:14-cv-01374-WBS-CKD<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

　　　Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated:  August 14, 2015        **LAW OFFICES OF STEVE GIMBLIN**


                               By:  /s/ Steve Gimblin
                                    STEVE GIMBLIN
                                    Attorney for PLAINTIFFS


Dated:  August 14, 2015        **WOLFE & WYMAN LLP**


                               By:  /s/ Joshua Bryan
                                    JOSHUA BRYAN
                                    Attorney for DEFENDANT

1

1  IT IS SO ORDERED.

2  Dated: August 14, 2015

3  _____
   WILLIAM B. SHUBB
4  UNITED STATES DISTRICT JUDGE