Brian H. Gunn (SBN 192594)
*bhgunn@wolfewyman.com*
Joshua M. Bryan (SBN 225230)
*jmbryan@wolfewyman.com*
**WOLFE & WYMAN LLP**
980 9th Street, Suite 2350
Sacramento, California 95814
Telephone:  (916) 912-4700
Facsimile:   (916) 329-8905

Attorneys for Defendant
PNC BANK, NA (named as PNC MORTGAGE,
A DIVISION OF PNC BANK, NA)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JOHN SOKOLOSKI & GAIL SOKOLOSKI,<br><br>Plaintiffs,<br><br>v.<br><br>PNC MORTGAGE, A DIVISION OF PNC BANK, NA and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 2:14-cv-01374-WBS-CKD<br><br>**ORDER MODIFYING PRETRIAL DEADLINES** |

GOOD CAUSE APPEARING, and pursuant to the Stipulation between Plaintiffs and Defendant PNC BANK, N.A., the Courts' Modified Scheduling Order executed on April 8, 2015 in the above captioned action, is hereby modified as follows.

The deadline for completion of all discovery is continued to February 15, 2016;

The deadline for initial designation of expert witnesses and reports is continued to December 14, 2015;

The deadline for designation of rebuttal expert witnesses and reports is continued to January 11, 2016; and

The deadline for filing all motions, except motions for continuances, temporary restraining

1  orders or other emergency applications is continued to February 8, 2016.

2  IT IS SO ORDERED.

3

4  Dated:  September 3, 2015

5  _____
   WILLIAM B. SHUBB
6  UNITED STATES DISTRICT JUDGE

2