Brian H. Gunn (SBN 192594)
bhgunn@wolfewyman.com
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
980 9th Street, Suite 2350
Sacramento, California 95814
Telephone:  (916) 912-4700
Facsimile:   (916) 329-8905

Attorneys for Defendant
PNC BANK, N.A. (named as PNC MORTGAGE,
A DIVISION OF PNC BANK, NA)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JOHN SOKOLOSKI & GAIL SOKOLOSKI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PNC MORTGAGE, A DIVISION OF PNC BANK, NA and DOES 1-10 inclusive,<br><br>　　　　　Defendants. | Case No.: 2:14-cv-01374-WBS-CKD<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO STIPULATION** |

　　　Pursuant to the stipulation between Defendant PNC BANK, N.A. ("PNC"), and Plaintiffs JOHN SOKOLOSKI and GAIL SOKOLOSKI ("Plaintiffs"), the above-captioned action is hereby dismissed with prejudice in its entirety.  The Court shall retain jurisdiction to enforce the settlement agreement entered into between PNC and Plaintiffs on October 30, 2015.  Each party shall bear its, their, his or her own costs and attorneys' fees.

　　　IT IS SO ORDERED.

Dated:  November 12, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE